August 20, 1973.

M. P. No. 73-180. JOSEPH BENOIT *v.* JAMES W. MULLEN, *Warden.* Respondent directed to file answer to the petition for habeas corpus for the purpose of admitting petitioner to bail and therein to *show cause,* if any, why the writ should not issue as prayed, answer to be made in compliance with the provisions of Rule 14. Joslin, J., not participating. *Gladstone & Zarlenga, Bernard C. Gladstone, Robert D. MacLean,* for petitioner. *Richard J. Israel,* Attorney General, for respondent.